IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EDITH SUZANNE ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:08-cv-884 |
| | ) | Judge Trauger |
| THE AT&T DISABILITY INCOME | ) | |
| PROGRAM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Judgment in an ERISA case filed by the plaintiff is **GRANTED** and the Motion for Judgment in an ERISA case filed by the defendant is **DENIED**. Entry of this Order shall constitute the judgment in this action.

It is so Ordered.

Entered this 29th day of July 2009.

_____
ALETA A. TRAUGER
United States District Judge